UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STEPHEN WILLIS,<br>          Plaintiff,<br><br>vs.<br><br>HELPING HANDS COMMUNITY BASED<br>SERVICES, INC. and SHAWN HOBSON,<br>          Defendants. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-337-MHS |

## J U D G M E N T

This action having come before the court, Honorable Marvin H. Shoob, United States District Judge, for consideration of plaintiff's Motion to Enforce Settlement Agreement, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff recover from the defendants, jointly and severally, the amount of $12,906.47 .

Dated at Atlanta, Georgia, this 1st day of December, 2014.

JAMES N. HATTEN
CLERK OF COURT

By:  s/ Ashley Coleman
     Ashley Coleman, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
December 1, 2014
James N. Hatten
Clerk of Court

By:  s/ A. Coleman
     Deputy Clerk